172 F.3d 861
 In re Y.J. Sons & Co., Inc.; Y.J. Sons & Co., Inc., Kyung
Sook Son, Michael S. Kimm
v.
Anemone, Inc., U.S. Trustee, Galen, Inc.; In re Y.J. Sons &
Co., Inc.; Y.J. Sons & Co., Inc., Kyung Sook Son,
Michael S. Kimm v. Anemone, Inc., Galen,
Inc., U.S. Trustee
 NO. 97-5535
 United States Court of Appeals,
Third Circuit.
 November 16, 1998
 
 1
 Appeal From: D.N.J.
 
 
 2
 Affirmed.